# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Cabanas Osores,<br>a.k.a.: Jose Cabanas-Osores,<br>(A201 152 650)<br>*Defendant* | )<br>)<br>) Case No. 17-9360MJ<br>)<br>)<br>) |

DGA 8-26-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Cabanas Osores, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 16, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 26, 2017, the Phoenix Police Department (PPD) encountered Jose Cabanas Osores during a traffic stop at 20th Street and East Virginia Avenue, in Phoenix, Arizona. PPD Officer Cosner suspected Cabanas Osores to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer Wilkinson telephonically interviewed Cabanas Osores and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Cabanas Osores was transported to the Phoenix ICE office for further investigation and processing. Cabanas Osores was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Cabanas Osores to be a citizen of Mexico and a previously deported criminal alien. Cabanas Osores was removed from the United States to Mexico at or near Nogales, Arizona, on or about February 16, 2011, pursuant to an order of removal issued by an immigration judge. There is no record of Cabanas Osores in any Department of Homeland Security database to suggest that

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cabanas Osores' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Cabanas Osores was convicted of Attempted Misconduct Involving Weapons, a felony offense, on January 24, 2011, in the Superior Court of Arizona, Maricopa County. Cabanas Osores was sentenced to eighteen (18) months' probation. Cabanas Osores' criminal history was matched to him by electronic fingerprint comparison.

5. On August 26, 2017, Jose Cabanas Osores was advised of his constitutional rights. Cabanas Osores freely and willingly agreed to provide a statement under oath. Cabanas Osores stated that his true and complete name is Jose Cabanas Osores and that he is a citizen of Mexico. Cabanas Osores stated that he illegally entered the United States "en el Ano 2010," through "no recuerdo," without inspection by an immigration officer. Cabanas Osores further stated that he had been removed from the United States and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 26, 2017, Jose Cabanas Osores, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 16, 2011, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 28th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge